**FILED**

April 02, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BY: _____ NM _____
DEPUTY

ISAIAS MEDINA-SALINAS,                   §
                                         §
               Petitioner,               §
                                         §
v.                                       §        NO. SA-26-CV-1478-OLG
                                         §
PAMELA JO BONDI *et al.*,                §
                                         §
               Respondents.              §

## ORDER

Pending before the Court is Petitioner Isaias Medina-Salinas's Petition for a Writ of Habeas Corpus (Dkt. No. 1) filed pursuant to 28 U.S.C. § 2241. Petitioner initiated this matter around the same time as he initiated a nearly identical habeas case. *See Medina-Salinas v. Bondi*, No. 26-CV-1480-OLG (W.D. Tex. 2026). The Court granted Petitioner habeas relief in that case. Accordingly, the Petition (Dkt. No. 1) filed in this case is **DISMISSED AS MOOT**.

Any pending motions are likewise **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on April _____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge